■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TIMOTHY KELLY, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered May 19, 1971, convicting him of manslaughter in the first degree, upon a plea of guilty, and imposing sentence. Judgment reversed as to the sentence, on the law, and otherwise affirmed, and case remitted to the Criminal Term for resentencing in accordance with the views herein expressed. We are of the view that upon the basis of the record and probation report, the sentencing court was obligated to order the physical examination required by section 207 of the Mental Hygiene Law before it imposed sentence (*People* v. *Maranez*, 39 A D 2d 589, affd. 31 N Y 2d 828; *People* v. *Sczerbaty*, 37 A D 2d 428). We have considered the other contention advanced by appellant and find it to be without merit. Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VAN McINTYRE, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered May 25, 1971, convicting him of manslaughter in the first degree, upon a plea of guilty, and sentencing him to imprisonment for a maximum term of 15 years, to run concurrently with time owed by him to the State Department of Parole. Judgment reversed, in the interests of justice, motion to withdraw defendant's guilty plea granted and action remanded to the Criminal Term for further proceedings not inconsistent herewith. On the same day or within a few days after his entry of a plea of guilty, defendant sought to withdraw the plea. At the hearing on the motion, he argued vigorously that he was innocent of the crime charged and set forth an arguable claim of innocence as to the crime charged and the People made no claim of predjudice. Under the circumstances, the interests of justice would have been served better had he been permitted to withdraw his guilty plea (*People* v. *East*, 39 A D 2d 606). Rabin, P. J., Hopkins and Martuscello, JJ., concur; Munder and Latham, JJ., dissent and vote to affirm.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VAN McINTYRE, Appellant. — Motion by appellant to strike certain matter from respondent's brief on appeal from a judgment of the Supreme Court, Kings County, rendered May 25, 1971. Motion denied as moot in view of the disposition of the appeal herewith, but the court notes its disapproval of the practice of incorporating into a brief factual matter not of record. Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.